UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jerry J. Kowal,

                    Plaintiff,

-against-

Nancy Berryhill, Commissioner, Social Security Administration,

                    Defendant.

1:18-cv-07137 (AT) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ordered that, no later than May 27, 2021, Plaintiff's counsel shall file a letter with the Court stating whether he objects to reducing his fee request (*see* ECF No. 37) to the sum of $23,086.50, based upon the notice sent by the Social Security Administration on May 7, 2021 (ECF No. 40-1), after his motion for fees was filed. If he does object, Plaintiff's counsel shall state the reasons for his objection

**SO ORDERED.**

DATED:    New York, New York
              May 21, 2021

_____
STEWART D. AARON
United States Magistrate Judge