UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERRY J. KOWAL,

                Plaintiff,

      -against-

NANCY BERRYHILL, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/9/2022__

18 Civ. 7137 (AT) (SDA)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report & Recommendation (the "R&R") of the Honorable Stewart D. Aaron, ECF No. 45, the Court reviewed the R&R for clear error and found none, *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, the motion for attorneys' fees, ECF No. 37, is GRANTED in part, and DENIED in part. Plaintiff's attorney, Mark J. Keller, shall be awarded attorneys' fees of $ 23,086.50, and the fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $10,000, shall be returned to Plaintiff from the award made by the Court.

    SO ORDERED.

Dated: June 9, 2022
       New York, New York

ANALISA TORRES
United States District Judge